IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANDON BENNETT, | |
| Plaintiff, | |
| v. | |
| WARE COUNTY BOARD OF COMMISSIONERS and WARE COUNTY BOARD OF TAX ASSESSORS, | 5:16-cv-34 |
| Defendants. | |

ORDER

Presently before the Court is Plaintiff's stipulation of dismissal with prejudice. (Doc. 11). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA